IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-00821-WJM-MJW

STACY C.  FRESQUEZ,

Plaintiff(s),

v.

SNAPTRON, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Protective Order (docket no. 9) is DENIED WITHOUT PREJUDICE.  The written Protective Order (docket no. 9-1) is overly broad as outlined in paragraph one and this court denies this motion on that basis.

Date:  July 26, 2011