**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-00821-WJM-MJW

STACY C. FRESQUEZ,

    Plaintiff,

v.

SNAPTRON, INC.,

    Defendant.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS**
_____

    This matter is before the Court on the Parties' Stipulated Motion to Dismiss filed March 1, 2012 (ECF No. 36). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

    The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

    Dated this 2nd day of March, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge